IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.	CIV 06-0880 MV/KBM
	CR 05-2098 MV

LUIS RAUL PEREZ-NUNEZ,

    Defendant-Movant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings and Recommended Disposition on January 18, 2007. *See Doc. 9.* When Defendant's copy of the filing was returned undelivered, this Court ascertained that he is incarcerated at the prison where the copy had been served, and re-served Defendant there. *See Doc. 10.* To-date, neither Defendant nor the United States have filed objections.

Wherefore,

**IT IS HEREBY ORDERED THAT:**

1.    The Magistrate Judge's Proposed Findings and Recommended Disposition *(Doc. 9)* is ADOPTED;

2.    The Federal Public Defender is appointed to further represent Defendant in this matter; and

3. Upon entry of appearance, counsel for Defendant and the United States confer to ascertain whether the matter can be resolved informally and, if not, inform the Magistrate Judge of appropriate dates for the evidentiary hearing and/or briefing schedule.

_____
CHIEF UNITED STATES DISTRICT JUDGE